**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

|  |  |  |
|---|---|---|
| **ROGER R. BANCROFT,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-30181-MAP** |
| | ) | |
| **COMMONWEALTH OF MASSACHUSETTS,** | ) | |
| **ET AL.,** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

## COMMONWEALTH'S MOTION TO DISMISS PETITION

Respondent the Commonwealth of Massachusetts (the "Commonwealth") hereby respectfully moves that the habeas corpus petition (the "Petition") filed by Petitioner Roger R. Bancroft (the "Petitioner") be dismissed in its entirety.  The Petition must be dismissed based on several well-established doctrines, including the requirements that the petitioner be "in custody" as a result of the prosecutions challenged in the Petition and that he exhaust state remedies.

In further support of this Motion, the Commonwealth relies on and incorporates its Memorandum of Law filed herewith.

WHEREFORE, the Commonwealth requests that this Honorable Court allow this Motion, dismiss the Petition in its entirety, and grant such other relief as is just and proper under the circumstances.

Respectfully submitted,

MARTHA COAKLEY
Attorney General


/s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  July 10, 2007


## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I served a true copy of the foregoing by

first-class mail, postage prepaid, upon:

Roger R. Bancroft
No. 46418
Harrisonburg Diversion Center
6624 Beard Woods Lane
Harrisonburg, VA  22802

pro se

Peter Van Acker
Superintendent
Harrisonburg Diversion Center
6624 Beard Woods Lane
Harrisonburg, VA  22802


Dated:  July 10, 2007                    /s/ Randall E. Ravitz

2