**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **ROGER R. BANCROFT,** | ) |
|  | ) |
| Petitioner, | ) |
|  | ) |
| v. | )   Civil Action No. 06-30181-MAP |
|  | ) |
| **COMMONWEALTH OF MASSACHUSETTS, ET AL.,** | ) |
|  | ) |
| Respondents. | ) |

## COMMONWEALTH'S APPENDIX ACCOMPANYING ITS MOTION TO DISMISS PETITION

Pursuant to this Court's Order dated May 23, 2007, Respondent the Commonwealth of Massachusetts (the "Commonwealth") hereby files this Appendix containing documents relevant to the issue of whether Petitioner Roger R. Bancroft (the "Petitioner") previously exhausted available state remedies with respect to the matters raised by his habeas corpus petition (the "Petition"). The offering of such documents should not be construed as implying that the Commonwealth considers the Petitioner to have exhausted state remedies. In fact, the Commonwealth takes a position to the contrary, as discussed in its Memorandum of Law in Support of Its Motion to Dismiss Petition.

Specifically, attached hereto as exhibits are true and accurate copies of the following:

EXHIBIT A.    Docket in connection with Commonwealth v. Roger R. Bancroft, Case No. 0598-CR-002083 in the Hampshire County District Court in Hadley, Massachusetts ("Hadley Docket No. 0598-CR-002083");

| | |
|---|---|
| EXHIBIT B. | Docket in connection with Commonwealth v. Roger R. Bancroft, Case No. 0598-CR-002297 in the Hampshire County District Court in Hadley, Massachusetts ("Hadley Docket No. 0598-CR-002297"); |
| EXHIBIT C. | Warrant Query Display concerning Roger R. Bancroft ("Warrant Query Display"); and |
| EXHIBIT D. | Massachusetts Appellate Courts Docket Search Printout concerning parties named "Bancroft" ("Mass. Appellate Courts Docket Search Printout"). |

                                            Respectfully submitted,

                                            MARTHA COAKLEY
                                            Attorney General

                                            /s/ Randall E. Ravitz
                                            Randall E. Ravitz (BBO # 643381)
                                            Assistant Attorney General
                                            Criminal Bureau
                                            One Ashburton Place
                                            Boston, Massachusetts  02108
                                            (617) 727-2200, ext. 2852

Dated:  July 10, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I served a true copy of the foregoing by first-class mail, postage prepaid, upon:

Roger R. Bancroft
No. 46418
Harrisonburg Diversion Center
6624 Beard Woods Lane
Harrisonburg, VA  22802

pro se

Peter Van Acker
Superintendent
Harrisonburg Diversion Center
6624 Beard Woods Lane
Harrisonburg, VA  22802

Dated:  July 10, 2007                                                                  /s/ Randall E. Ravitz