# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| **ROGER R. BANCROFT,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-30181-MAP |
| ) | |
| **COMMONWEALTH OF MASSACHUSETTS,** ) | |
| **ET AL.,** ) | |
| ) | |
| Respondents. ) | |

## COMMONWEALTH'S STATEMENT REGARDING EXISTENCE OF VICTIMS

Pursuant to this Court's Order of May 23, 2007, Respondent the Commonwealth of Massachusetts (the "Commonwealth") hereby states that the offenses that Petitioner Roger R. Bancroft (the "Petitioner") is alleged to have committed in the state prosecutions giving rise to his Habeas Corpus Petition (the "Petition") may be viewed as having victims, as that term is defined in 18 U.S.C. § 3771. It should be noted, however, that the Petitioner has not yet been convicted of such offenses, as discussed in the Commonwealth's Memorandum in Support of Its Motion to Dismiss Petition.

Respectfully submitted,

MARTHA COAKLEY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: July 10, 2007

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date set forth below, I served a true copy of the foregoing by first-class mail, postage prepaid, upon:

Roger R. Bancroft
No. 46418
Harrisonburg Diversion Center
6624 Beard Woods Lane
Harrisonburg, VA  22802

pro se

Peter Van Acker
Superintendent
Harrisonburg Diversion Center
6624 Beard Woods Lane
Harrisonburg, VA  22802


Dated:  July 10, 2007                                    /s/ Randall E. Ravitz